# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

H.Y. as parent and next friend of P.Y.   )
      )
    Plaintiff       )
      )
v.      )
      )
GREGG PALMER, PRINCIPAL OF   )    **Case No.** _____
DEERING HIGH SCHOOL,   )
XAVIER BOTANA, SUPERINTENDENT )
OF PORTLAND PUBLIC SCHOOLS   )
      )
    Defendants      )

## NOTICE OF REMOVAL

Defendants Gregg Palmer, Principal of Deering High School, and Xavier Botana, Superintendent of Portland Public Schools, hereby remove the above captioned action, Docket No. PORSC-CV-2018-0013, currently pending in Maine Superior Court, Cumberland County, to the United States District Court for the District of Maine. Removal is based on federal question jurisdiction pursuant to 28 U.S.C. § 1331 and is authorized by 28 U.S.C. §§ 1441 and 1446. As grounds for removal, the Defendants state as follows:

1.      Plaintiff filed his Complaint in Cumberland County Superior Court on April 2, 2018.

2.      The Complaint asserts claims against the Defendants for violation of Plaintiff's substantive due process rights of the United States Constitution under to 42 U.S.C. § 1983.

3.      This Court has original jurisdiction over this action under the provisions of 28 U.S.C. § 1331 because Plaintiff has asserted a claim arising under a law of the United States, 29 U.S.C. § 201, et seq.

4.      This action may therefore be removed pursuant to 28 U.S.C. § 1441, together with the separate State claims, 28 U.S.C. 1441(c).

5.      In accordance with 28 U.S.C. § 1446(d), the Defendant is filing a copy of this Notice of Removal with the Maine Superior Court, Cumberland County and is sending a copy to Plaintiff's counsel.

6.      A true copy of the Verified Complaint and Motion for Emergency Temporary Restraining Order is attached to the accompanying affidavit of Melissa A. Hewey.

Dated:  April 2, 2018                    __/s/ *Melissa A. Hewey*_____

                                         Melissa A. Hewey
                                         Drummond Woodsum
                                         84 Marginal Way, Suite 600
                                         Portland, ME  04101-2480
                                         Telephone (207) 772-1941
                                         Facsimile (207) 772-3627
                                         mhewey@dwmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2018, I electronically filed the above Notice of Removal with the Clerk of the Court.

                                         */s/ Melissa A. Hewey*_____
                                         Melissa A. Hewey